IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-01348-CMA-NYW

ELEKE DAVIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 28, 2020 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Defendant United States of America's Motion for Administrative Closure or Stay (Doc. # 28) referred to Magistrate Judge Wang on August 29, 2020. Magistrate Judge Wang issued a Recommendation on September 28, 2020 (Doc. # 44) recommending that this case be administratively closed pending the conclusion of the Plaintiff's criminal investigation. (*See* Recommendation at 13.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Recommendation at 13.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating

        that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Wang is sound and that there is no clear error on the face of the record.  See Fed.R.Civ.P. 72(a).   Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Nina Y. Wang (Doc. # 44) filed September 28, 2020, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Defendant's Motion for Administrative Closure or Stay (Doc. # 28) is GRANTED and this case is ADMINSTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2.  It is

FURTHER ORDERED that Defendant shall, within 90 days of the date of this Order, a status report on the current status of any criminal proceedings relating to the facts alleged in Plaintiff's Complaint, and continue to file a status report every 90 days thereafter until such time as the Plaintiff's criminal case has been resolved and the parties have filed a request to reopen this case.

DATED: October 22, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge