IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-01348-CMA-NYW

ELEKE DAVIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff Eleke Davis's Objection (Doc. # 65) to Judge Wang's Order (Doc. #64) denying Plaintiff's Motion for Extension of Time (Doc. # 61). The Objection is overruled for the following reasons.

Where, as here, a magistrate judge issues an order in a nondispositive matter, "[t]he district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." F.R.C.P. 72. Mr. Davis's Objection fails to identify any error in Judge Wang's Order. The Court has reviewed the Order closely and finds that no part of the Order is clearly erroneous or

contrary to law. Therefore, Mr. Davis's Objection is OVERRULED, and Judge Wang's Order (Doc. # 64) is AFFIRMED and ADOPTED as an order of this Court.

DATED:  December 1, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge